**Electronically Filed
Supreme Court
SCWC-24-0000716
28-APR-2026
09:21 AM
Dkt. 9 ODAC**

SCWC-24-0000716

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

ANTHONY F. PEREIRA II,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000716; CASE NO. 1PC161000973)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Nichols, assigned by reason of vacancy)

Petitioner/Defendant-Appellant Anthony F. Pereira II's application for writ of certiorari filed on March 17, 2026, is rejected.

DATED: Honolulu, Hawaiʻi, April 28, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Steven R. Nichols

